**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Merlin Wayne TURNER, Defendant–
Appellant.**

**No. 01–7469.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 28, 2002.

Decided Feb. 28, 2002.

Merlin Wayne Turner, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Merlin Wayne Turner seeks to appeal the district court's order granting the Government's motion for summary judgment and denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *See United States v. Turner,* Nos. CR–97–166–MU; CA–00–497–MU (W.D.N.C. filed June 26, 2001 & entered June 29, 2001).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Turner claims that counsel was ineffective for failing to inform him that he would be exposed to a mandatory ten-year term of supervised release. Because he failed to present this claim to the district court, we decline to address it. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993) (holding that claims raised for the first time on appeal will not be considered absent exceptional circumstances).